1  STEPHANIE YONEKURA
2  Acting United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  LYNN M. HARADA [C.S.B.N. 267616]
5  Special Assistant United States Attorney
          Social Security Administration, Region IX
6          160 Spear St., Suite 800
7          San Francisco, CA  94105
           Telephone: 415-977-8977
8          Facsimile: 415-744-0134
9          e-mail: Lynn.Harada@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SARAH JANE HAGGERTY, | ) No. 2:14cv-03900-CJC-SH |
| Plaintiff, | ) JUDGMENT OF REMAND |
| vs. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| Defendant. | ) |
| _____ | ) |

        The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation to Remand.

DATED:  January 21, 2015        _____

                                HON. STEPHEN J. HILLMAN
                                UNITED STATES MAGISTRATE JUDGE