1  STEPHANIE YONEKURA
   Acting United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  LYNN M. HARADA, CSBN 267616
5  Special Assistant United States Attorney
         Social Security Administration
6        160 Spear St., Suite 800
7        San Francisco, CA  94105
8        Telephone:  (415) 977-8977
         Facsimile:  (415) 744-0134
9        Email:  Lynn.Harada@ssa.gov
10 Attorneys for Defendant

11
                    UNITED STATES DISTRICT COURT
12                  CENTRAL DISTRICT OF CALIFORNIA
13                       WESTERN DIVISION

14 SARAH JANE HAGGERTY,              )  Case No. 2:14-cv-03900-CJC-SH
15                                   )
      Plaintiff,                     )  **ORDER AWARDING EQUAL**
16                                   )  **ACCESS TO JUSTICE ACT**
17       v.                          )  **ATTORNEY FEES AND**
18                                   )  **EXPENSES, PURSUANT TO 28**
   CAROLYN W. COLVIN, Acting         )  **U.S.C. § 2412(d), AND COSTS**
19 Commissioner of Social Security,  )  **PURSUANT TO 28 U.S.C. § 1920**
20                                   )
      Defendant.                     )
21  ─────────────────────────────── )
22
       Based upon the parties' Stipulation for the Award and Payment of Equal
23
   Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and
24
   expenses in the amount of $3,700.00 as authorized by 28 U.S.C. § 2412, and costs
25
   in the amount of $0.00 pursuant to 28 U.S.C. § 1920, be awarded subject to the
26
   terms of the Stipulation.
27
28 DATED:  March 04, 2015
                                     ───────────────────────────────
                                     HON. STEPHEN J. HILLMAN
                                     UNITED STATES MAGISTRATE JUDGE